BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

**FILED**

NOV 1 0 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )   CR NO. 2:10 CR 0483 WBS
                Plaintiff,      )
                                )
        v.                      )
                                )
SEALED                          )
                Defendant.      )
_____ )

SEALING ORDER

Upon Application of the United States of America and good
cause having been shown,

IT IS HEREBY ORDERED that the documents in the above
referenced case shall be sealed until ~~the arrest of the first
defendant or until~~ further order of the Court.

DATED: November 10, 2010

GREGORY G. HOLLOWS
_____
HONORABLE GREGORY G. HOLLOWS
U.S. Magistrate Judge