1 | BENJAMIN B. WAGNER
United States Attorney
2 | PAUL A. HEMESATH
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2700

**FILED**

NOV 10 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. NO. 2:10 CR 0483 WBS |
|---|---|
| Plaintiff, | ) |
|  | ) ORDER TO SEAL |
| v. | ) (UNDER SEAL) |
|  | ) |
| ISSAC MEJIA, | ) |
|  | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until ~~the arrest of the first defendant or~~ until further order of the Court.

DATED: NOVEMBER 10, 2010

_____
HONORABLE GREGORY G. HOLLOWS
U.S. Magistrate Judge