BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>          Plaintiff,       )<br>)<br>     v.                      )<br>)<br>ISSAC MEJIA,                 )<br>)<br>          Defendant.       )<br>_____) | NO. 2:10-cr-00483 WBS<br><br>APPLICATION AND ORDER<br>FOR UNSEALING INDICTMENT |

On November 10, 2010, the indictment was filed in the above-referenced case.  Since the defendant has now been arrested, it is no longer necessary for the indictment to be sealed.  The government respectfully requests that the indictment be unsealed.

DATED: December 22, 2010            Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                                 By:/s/ PAUL A. HEMESATH
                                    PAUL A. HEMESATH
                                    Assistant U.S. Attorney

**ORDER**

SO ORDERED:

DATED: December 22, 2010            /s/ Kendall J. Newman
                                    HON. KENDALL J. NEWMAN
                                    U.S. Magistrate Judge

1