BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

**FILED**

DEC 2 2 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
               DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>ISSAC MEJIA,<br><br>            Defendant. | D.C. NO. 2:10-CR-483 WBS<br><br>APPLICATION AND ORDER<br>FOR UNSEALING INDICTMENT |

On November 10, 2010, the indictment was filed in the above-referenced case.  Since the defendant has now been arrested, it is no longer necessary for the indictment to be sealed.  The government respectfully requests that the indictment be unsealed.

DATED: December 22, 2010            Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                                    By: /s/ Paul A. Hemesath
                                    PAUL A. HEMESATH
                                    Assistant U.S. Attorney

                                    ORDER

SO ORDERED:

DATED: December 22, 2010            /s/ Kendall J. Newman
                                    HON. KENDALL J. NEWMAN
                                    U.S. Magistrate Judge