DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ISSAC MEJIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>       v.                        )<br>                                 )<br> ISSAC MEJIA,                    )<br>                                 )<br>            Defendant.           )<br>                                 )<br> _____ ) | Cr.S. 10-483-WBS<br><br>**STIPULATION AND [PROPOSED]<br>ORDER**<br><br>DATE: March 28, 2011<br>TIME: 8:30 a.m.<br>JUDGE: Hon. William B. Shubb |

     It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH Assistant U.S. Attorney, and defendant, ISSAC MEJIA by and through his counsel, MATTHEW M. SCOBLE Assistant Federal Defender, that the status conference set for Monday, February 14, 2011, be continued to Monday, March 28, 2011, at 8:30 a.m..

     The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

     Speedy trial time is to be excluded from the date of this order through the date of the status conference set for March 28, 2011,

pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: February 11, 2011    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

    /s/ Matthew M. Scoble
    MATTHEW M. SCOBLE
    Assistant Federal Defender
    Attorney for Defendant
    ISSAC MEJIA

DATED: February 11, 2011    BENJAMIN B. WAGNER
    United States Attorney

    /s/ Matthew M. Scoble
    PAUL HEMESATH
    Assistant U.S. Attorney
    Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including March 28, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED:  February 11, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE