DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ISSAC MEJIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 10-483-WBS |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [~~PROPOSED~~]** |
| v. | ) | **ORDER** |
| | ) | |
| ISSAC MEJIA, | ) | DATE:  April 18, 2011 |
| | ) | TIME:  8:30 a.m. |
| Defendant. | ) | JUDGE: Hon. William B. Shubb |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH Assistant U.S. Attorney, and defendant, ISSAC MEJIA by and through his counsel, MATTHEW M. SCOBLE Assistant Federal Defender, that the status conference set for Monday, March 28, 2011, be continued to Monday, April 18, 2011, at 8:30 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for April 18, 2011,

pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).


DATED: March 23, 2011          Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Defender

                               /s/ Matthew M. Scoble
                               MATTHEW M. SCOBLE
                               Assistant Federal Defender
                               Attorney for Defendant
                               ISSAC MEJIA


DATED: March 23, 2011          BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ Matthew M. Scoble
                               PAUL HEMESATH
                               Assistant U.S. Attorney
                               Attorney for Plaintiff




                           **O R D E R**

   **IT IS SO ORDERED.**  Time is excluded from today's date through and including April 18, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.


DATED:  March 24, 2011

                               WILLIAM B. SHUBB
                               UNITED STATES DISTRICT JUDGE