DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ISSAC MEJIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 10-483-WBS |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER** |
| | ) | |
| ISSAC MEJIA, | ) | DATE: May 16, 2011 |
| | ) | TIME: 8:30 a.m. |
| Defendant. | ) | JUDGE: Hon. William B. Shubb |
| | ) | |
| _____ | ) | |

    It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH Assistant U.S. Attorney, and defendant, ISSAC MEJIA by and through his counsel, MATTHEW M. SCOBLE Assistant Federal Defender, that the status conference set for Monday, April 18, 2011, be continued to Monday, May 16, 2011, at 8:30 a.m..

    The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

    Speedy trial time is to be excluded from the date of this order through the date of the status conference set for May 16, 2011,

pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: April 14, 2011        Respectfully submitted,

                             DANIEL J. BRODERICK
                             Federal Defender

                             /s/ Matthew M. Scoble
                             MATTHEW M. SCOBLE
                             Assistant Federal Defender
                             Attorney for Defendant
                             ISSAC MEJIA

DATED: April 14, 2011        BENJAMIN B. WAGNER
                             United States Attorney

                             /s/ Matthew M. Scoble
                             PAUL HEMESATH
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including May 16, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED:  April 14, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2