1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar# 237432
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   ISSAC MEJIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )   Cr.S. 10-483-WBS
         Plaintiff,            )
                               )   **STIPULATION AND ORDER**
    v.                         )
                               )   DATE: June 27, 2011
ISSAC MEJIA,                   )   TIME: 8:30 a.m.
                               )   JUDGE: Hon. William B. Shubb
         Defendant.            )
                               )
_____)

It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH Assistant U.S. Attorney, and defendant, ISSAC MEJIA by and through his counsel, MATTHEW M. SCOBLE Assistant Federal Defender, that the status conference set for Monday, May 16, 2011, be continued to Monday, June 27, 2011, at 8:30 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 27, 2011, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to

prepare] (Local Code T4).

DATED: May 10, 2011          Respectfully submitted,

                             DANIEL J. BRODERICK
                             Federal Defender

                             /s/ Matthew M. Scoble
                             MATTHEW M. SCOBLE
                             Assistant Federal Defender
                             Attorney for Defendant
                             ISSAC MEJIA


DATED: May 10, 2011          BENJAMIN B. WAGNER
                             United States Attorney

                             /s/ Matthew M. Scoble
                             PAUL HEMESATH
                             Assistant U.S. Attorney
                             Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including June 27, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: May 13, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE