DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ISSAC MEJIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 10-483-WBS |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER** |
| ) | |
| ISSAC MEJIA, ) | DATE: July 25, 2011 |
| ) | TIME: 8:30 a.m. |
| Defendant. ) | JUDGE: Hon. William B. Shubb |
| ) | |
| _____) | |

    It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH Assistant U.S. Attorney, and defendant, ISSAC MEJIA by and through his counsel, MATTHEW M. SCOBLE Assistant Federal Defender, that the status conference set for Monday, June 27, 2011, be continued to Monday, July 25, 2011, at 8:30 a.m..

    The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

    Speedy trial time is to be excluded from the date of this order through the date of the status conference set for July 25, 2011,

pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: June 22, 2011          Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /s/ Matthew M. Scoble
                              MATTHEW M. SCOBLE
                              Assistant Federal Defender
                              Attorney for Defendant
                              ISSAC MEJIA


DATED: June 22, 2011          BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ Matthew M. Scoble
                              PAUL HEMESATH
                              Assistant U.S. Attorney
                              Attorney for Plaintiff




**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including July 25, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.


DATED:  June 23, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE