```
BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 448-2900 FAX
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 2:10-cr-0483 |
|  | ) |
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER |
|  | ) |
| v. | ) DATE: July 25, 2011 |
|  | ) TIME: 8:30 a.m. |
| ISAAC MEJIA, | ) COURT: Hon. William B. Shubb |
|  | ) |
| Defendant. | ) |
|  | ) |

　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff, and Matthew Scoble, counsel for defendant Isaac MEJIA, that the above status conference be rescheduled from this Court's July 25, 2011, calendar, and that the matter be re-calendared for August 8, 2011, at 8:30 a.m. This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations.

///

///

///

IT IS FURTHER STIPULATED that time be excluded between through August 8, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

Dated: July 20, 2011    /s/ Paul Hemesath
Paul Hemesath
Assistant United States Attorney
Counsel for Plaintiff

Dated: July 20, 2011    /s/ Matthew Scoble
Matthew Scoble
Counsel for Defendant
Isaac MEJIA

**O R D E R**

Good cause appearing therefore, IT IS SO ORDERED.

Dated:  July 21, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2