DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ISSAC MEJIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ISSAC MEJIA, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Cr.S. 10-483-WBS <br><br> **STIPULATION AND ORDER** <br><br> DATE: September 26, 2011 <br> TIME: 8:30 a.m. <br> JUDGE: Hon. William B. Shubb |

It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH Assistant U.S. Attorney, and defendant, ISSAC MEJIA by and through his counsel, MATTHEW M. SCOBLE Assistant Federal Defender, that the status conference set for Monday, August 8, 2011, be continued to Monday, September 26, 2011, at 8:30 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for September 26, 2011, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to

prepare] (Local Code T4).

DATED: August 2, 2011          Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Defender

                               /s/ Matthew M. Scoble
                               MATTHEW M. SCOBLE
                               Assistant Federal Defender
                               Attorney for Defendant
                               ISSAC MEJIA

DATED: August 2, 2011          BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ Matthew M. Scoble
                               PAUL HEMESATH
                               Assistant U.S. Attorney
                               Attorney for Plaintiff


**O R D E R**

IT IS HEREBY ORDERED that this matter is continued to Monday, September 26, 2011, at 8:30 a.m., for Further Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, the period from the date of this stipulation, August 2, 2011, up to and including September 26, 2011, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED: August 3, 2011.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE