DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ISSAC MEJIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ISSAC MEJIA, ) <br> ) <br> Defendant. ) <br> _____ ) | Cr.S. 10-483-WBS <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** <br><br> DATE: November 7, 2011 <br> TIME: 8:30 a.m. <br> JUDGE: Hon. William B. Shubb |

   It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH Assistant U.S. Attorney, and defendant, ISSAC MEJIA by and through his counsel, MATTHEW M. SCOBLE Assistant Federal Defender, that the status conference set for Monday, September 26, 2011, be continued to Monday, November 7, 2011, at 8:30 a.m..
   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.
   Speedy trial time is to be excluded from the date of this order through the date of the status conference set for November 7, 2011,

pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: September 21, 2011               Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Matthew M. Scoble
                                        MATTHEW M. SCOBLE
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ISSAC MEJIA

DATED: September 21, 2011               BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Matthew M. Scoble
                                        PAUL HEMESATH
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

## **O R D E R**

IT IS HEREBY ORDERED that this matter is continued to Monday, November 7, 2011, at 8:30 a.m., for further status conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from the date of this stipulation, September 21, 2011, up to and including November 7, 2011, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED:  September 21, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2