1   DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
2   MATTHEW M. SCOBLE, Bar# 237432
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone (916) 498-5700

5   Attorney for Defendant
    ISSAC MEJIA

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      )
                                   )    Cr.S. 10-483-WBS
13                Plaintiff,       )
                                   )    **STIPULATION AND [~~PROPOSED~~]**
14         v.                      )    **ORDER CONTINUING STATUS**
                                   )    **CONFERENCE**
15  ISSAC MEJIA,                   )
                                   )    DATE:  December 12, 2011
16                Defendant.       )    TIME:  9:30 a.m.
                                   )    JUDGE: Hon. William B. Shubb
17  _____)

18

19       It is hereby stipulated and agreed to between the United States of

20  America through PAUL HEMESATH Assistant U.S. Attorney, and defendant,

21  ISSAC MEJIA by and through his counsel, MATTHEW M. SCOBLE Assistant

22  Federal Defender, that the status conference set for Monday, November

23  7, 2011, be continued to Monday, December 12, 2011, at 9:30 a.m..

24       The reason for this continuance is to allow defense counsel

25  additional time to review discovery with the defendant, to examine

26  possible defenses and to continue investigating the facts of the case.

27       Speedy trial time is to be excluded from the date of this order

28  through the date of the status conference set for December 12, 2011,

1  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to

2  prepare] (Local Code T4).

3  DATED: November 4, 2011          Respectfully submitted,

4                                   DANIEL J. BRODERICK
                                    Federal Defender
5
                                    /s/ Matthew M. Scoble
6                                   MATTHEW M. SCOBLE
                                    Assistant Federal Defender
7                                   Attorney for Defendant
                                    ISSAC MEJIA
8

9  DATED: November 4, 2011          BENJAMIN B. WAGNER
                                    United States Attorney
10
                                    /s/ Matthew M. Scoble
11                                  PAUL HEMESATH
                                    Assistant U.S. Attorney
12                                  Attorney for Plaintiff

13

14                            **O R D E R**

15      IT IS HEREBY ORDERED that this matter is continued to Monday,

16  December 12, 2011, at 9:30 a.m., for further status conference.

17      IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161

18  (h)(7)(B)(iv) and Local Code T4, the period from the date of this

19  stipulation, November 4, 2011, up to and including December 12, 2011, is

20  excluded from the time computations required by the Speedy Trial Act due

21  to ongoing preparation of counsel, and that the ends of justice served by

22  granting this continuance outweigh the best interests of the public and

23  the defendants in a speedy trial.

24

25  DATED:  November 7, 2011

26

27                                  WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE
28