DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ISSAC MEJIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )
                            )   Cr.S. 10-483-WBS
            Plaintiff,      )
                            )   **STIPULATION AND [**~~PROPOSED~~**]**
      v.                    )   **ORDER CONTINUING STATUS**
                            )   **CONFERENCE**
ISSAC MEJIA,                )
                            )   DATE:  February 27, 2012
            Defendant.      )   TIME:  9:30 a.m.
                            )   JUDGE: Hon. William B. Shubb
_____)

   It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH Assistant U.S. Attorney, and defendant, ISSAC MEJIA by and through his counsel, MATTHEW M. SCOBLE Assistant Federal Defender, that the status conference set for Monday, January 23, 2012, be continued to Monday, February 27, 2012, at 9:30 a.m.
   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.
   Speedy trial time is to be excluded from the date of this order through the date of the status conference set for February 27, 2012,

pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) & (B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 19, 2012                Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

                                       /s/ Matthew M. Scoble
                                       MATTHEW M. SCOBLE
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       ISSAC MEJIA

DATED: January 19, 2012                BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ Matthew M. Scoble
                                       PAUL HEMESATH
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED that this matter is continued to Monday, February 27, 2012, at 9:30 a.m., for further status conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(A) &(B)(iv) and Local Code T4, the period from the date of this stipulation, January 19, 2012, up to and including February 27, 2012, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED:  January 19, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE