```
 1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
 2  MATTHEW M. SCOBLE, Bar# 237432
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    ISSAC MEJIA
 6
 7
 8                 IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11
12  UNITED STATES OF AMERICA,    )
                                 )   Cr.S. 10-483-WBS
13             Plaintiff,        )
                                 )   STIPULATION AND [PROPOSED]
14         v.                    )   ORDER CONTINUING STATUS
                                 )   CONFERENCE
15  ISSAC MEJIA,                 )
                                 )   DATE: March 26, 2012
16             Defendant.        )   TIME: 9:30 a.m.
                                 )   JUDGE: Hon. William B. Shubb
17  _____)

18
```

19     It is hereby stipulated and agreed to between the United States of
20 America through PAUL HEMESATH Assistant U.S. Attorney, and defendant,
21 ISSAC MEJIA by and through his counsel, MATTHEW M. SCOBLE Assistant
22 Federal Defender, that the status conference set for Monday, February
23 27, 2012, be continued to Monday, March 26, 2012, at 9:30 a.m..
24     The reason for this continuance is to allow defense counsel
25 additional time to review discovery with the defendant, to examine
26 possible defenses and to continue investigating the facts of the case.
27     Speedy trial time is to be excluded from the date of this order
28 through the date of the status conference set for March 26, 2012,

pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) & (B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: February 22, 2012          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Matthew M. Scoble
                                        MATTHEW M. SCOBLE
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ISSAC MEJIA

DATED: February 22, 2012          BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Matthew M. Scoble for
                                        PAUL HEMESATH
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

## **O R D E R**

IT IS HEREBY ORDERED that this matter is continued to Monday, March 26, 2012, at 9:30 a.m., for further status conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(A) &(B)(iv) and Local Code T4, the period from the date of this stipulation, February 22, 2012, up to and including March 26, 2012, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED:  February 22, 2012

                              WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE