```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ISSAC MEJIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ISSAC MEJIA,<br><br>        Defendant.<br>_____ | Cr.S. 10-483-WBS<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING STATUS<br>CONFERENCE**<br><br>DATE:  April 9, 2012<br>TIME:  9:30 a.m.<br>JUDGE: Hon. William B. Shubb |

It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH Assistant U.S. Attorney, and defendant, ISSAC MEJIA by and through his counsel, MATTHEW M. SCOBLE Assistant Federal Defender, that the status conference set for Monday, March 26, 2012, be continued to Monday, April 9, 2012, at 9:30 a.m. for change of plea.

The reason for this continuance is to allow the parties to finalize the plea agreement.  All important terms have been agreed to, however the continuance is necessary to resolve the last details of the plea agreement.

1    Speedy trial time is to be excluded from the date of this order
2 through the date of the change of plea set for April 9, 2012, pursuant
3 to 18 U.S.C. §§ 3161 (h)(7)(A) & (B)(iv) [reasonable time to prepare]
4 (Local Code T4).

5 DATED: March 21, 2012            Respectfully submitted,

6                                  DANIEL J. BRODERICK
                                   Federal Defender
7
                                   /s/ Matthew M. Scoble
8                                  MATTHEW M. SCOBLE
                                   Assistant Federal Defender
9                                  Attorney for Defendant
                                   ISSAC MEJIA
10

11 DATED: March 21, 2012            BENJAMIN B. WAGNER
                                   United States Attorney
12
                                   /s/ Matthew M. Scoble for
13                                 PAUL HEMESATH
                                   Assistant U.S. Attorney
14                                 Attorney for Plaintiff

2

**O R D E R**

IT IS HEREBY ORDERED that this matter is continued to Monday, April 9, 2012, at 9:30 a.m., for change of plea hearing.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(A) &(B)(iv) and Local Code T4, the period from the date of this stipulation, March 21, 2012, up to and including April 9, 2012, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED: March 21, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE