DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
ISSAC MEJIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Cr.S. 10-483-WBS
Plaintiff, )
) **STIPULATION AND [PROPOSED]**
v. ) **ORDER CONTINUING STATUS**
) **CONFERENCE**
ISSAC MEJIA, )
) DATE: May 14, 2012
Defendant. ) TIME: 9:30 a.m.
) JUDGE: Hon. William B. Shubb
_____)

It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH Assistant U.S. Attorney, and defendant, ISSAC MEJIA by and through his counsel, MATTHEW M. SCOBLE Assistant Federal Defender, that the status conference set for Monday, April 9, 2012, be continued to Monday, May 14, 2012, at 9:30 a.m. for change of plea.

The reason for this continuance is to allow the parties to finalize the plea agreement. All important terms have been agreed to, however the continuance is necessary to resolve the last details of the plea agreement.

1    Speedy trial time is to be excluded from the date of this order
2 through the date of the change of plea set for May 14, 2012, pursuant
3 to 18 U.S.C. §§ 3161 (h)(7)(A) & (B)(iv) [reasonable time to prepare]
4 (Local Code T4).

5 DATED: April 3, 2012              Respectfully submitted,

6                                   DANIEL J. BRODERICK
                                    Federal Defender
7
                                    /s/ Matthew M. Scoble
8                                   MATTHEW M. SCOBLE
                                    Assistant Federal Defender
9                                   Attorney for Defendant
                                    ISSAC MEJIA
10

11 DATED: April 3, 2012              BENJAMIN B. WAGNER
                                    United States Attorney
12
                                    /s/ Matthew M. Scoble for
13                                  PAUL HEMESATH
                                    Assistant U.S. Attorney
14                                  Attorney for Plaintiff

15

16                            **O R D E R**

17      IT IS HEREBY ORDERED that this matter is continued to Monday,
18 May 14, 2012, at 9:30 a.m., for change of plea hearing.
19      IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(A)
20 &(B)(iv) and Local Code T4, the period from the date of this stipulation,
21 April 3, 2012, up to and including May 14, 2012, is excluded from the time
22 computations required by the Speedy Trial Act due to ongoing preparation
23 of counsel, and that the ends of justice served by granting this
24 continuance outweigh the best interests of the public and the defendants
25 in a speedy trial.

26
   DATED:  April 5, 2012
27                                   _____
                                    WILLIAM B. SHUBB
28                                  UNITED STATES DISTRICT JUDGE