DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ISSAC MEJIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ISSAC MEJIA, ) <br> ) <br> Defendant. ) <br> _____ ) | Cr.S. 10-483-WBS <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CHANGE OF PLEA** <br><br> DATE:  June 18, 2012 <br> TIME:  9:30 a.m. <br> JUDGE: Hon. William B. Shubb |

It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH Assistant U.S. Attorney, and defendant, ISSAC MEJIA by and through his counsel, MATTHEW M. SCOBLE Assistant Federal Defender, that the change of plea set for Monday, May 14, 2012, be continued to Monday, June 18, 2012, at 9:30 a.m. for change of plea.

The reason for this continuance is to allow the parties to finalize the plea agreement.  All important terms have been agreed to, however the continuance is necessary to resolve the last details of the plea agreement.

Speedy trial time is to be excluded from the date of this order

1  through the date of the change of plea set for June 18, 2012, pursuant
2  to 18 U.S.C. §§ 3161 (h)(7)(A) & (B)(iv) [reasonable time to prepare]
3  (Local Code T4).
4  DATED: April 30, 2012                Respectfully submitted,
5                                       DANIEL J. BRODERICK
                                        Federal Defender
6
                                        /s/ Matthew M. Scoble
7                                       MATTHEW M. SCOBLE
                                        Assistant Federal Defender
8                                       Attorney for Defendant
                                        ISSAC MEJIA
9
10 DATED: April 30, 2012                BENJAMIN B. WAGNER
                                        United States Attorney
11
                                        /s/ Matthew M. Scoble for
12                                      PAUL HEMESATH
                                        Assistant U.S. Attorney
13                                      Attorney for Plaintiff

14                                **O R D E R**

15      IT IS HEREBY ORDERED that this matter is continued to Monday,
16 June 18, 2012, at 9:30 a.m., for change of plea hearing.
17      IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(A)
18 &(B)(iv) and Local Code T4, the period from the date of this stipulation,
19 April 30, 2012, up to and including June 18, 2012, is excluded from the
20 time computations required by the Speedy Trial Act due to ongoing
21 preparation of counsel, and that the ends of justice served by granting
22 this continuance outweigh the best interests of the public and the
23 defendants in a speedy trial.
24
   DATED:  April 30, 2012
25
26                              _____
                                WILLIAM B. SHUBB
27                              UNITED STATES DISTRICT JUDGE
28

                                    2