HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ISSAC MEJIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ISSAC MEJIA,<br><br>  Defendant | No.  Cr. 2:10-cr-00483 WBS<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable WILLIAM B. SHUBB |

Defendant, ISSAC MEJIA, by and through his attorney, Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On February 11, 2013, this Court sentenced Mr. Mejia to a term of 151 months imprisonment;

3. His total offense level was 31, his criminal history category was V, and the resulting guideline range was 168 to 210 months. He received a sentence below the applicable range pursuant to 18 U.S.C. § 3553(a);

4. The sentencing range applicable to Mr. Mejia was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Mejia's total offense level has been reduced from 31 to 29, and his amended guideline range is 140 to 175 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Mejia's term of imprisonment to a term of 140 months. The parties agree this sentence is fair and reasonable pursuant to 18 U.S.C. § 3553(a).

Respectfully submitted,

| | |
|---|---|
| Dated: November 13, 2015 | Dated: November 13, 2015 |
| BENJAMIN B. WAGNER<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ Jason Hitt<br>JASON HITT<br>Assistant U.S. Attorney | /s/ Hannah R. Labaree<br>HANNAH R. LABAREE<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>ISSAC MEJIA |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Mejia is entitled to the benefit Amendment 782, which reduces the total offense level from 31 to 29, resulting in an amended guideline range of 140 to 175 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in February 2013 is reduced to a term of 140 months, a sentence that is fair and reasonable pursuant to 18 U.S.C. § 3553(a).

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Mejia shall report to the United States Probation Office within seventy-two hours after his release.

Dated:  June 27, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE